The Honorable Benjamin H. Settle

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| FIREPOWER MARKETING, INC. d/b/a ROYALTY REWARDS,<br><br>    Plaintiff,<br><br>    v.<br><br>RED ROBIN INTERNATIONAL, INC.,<br><br>    Defendant. | No. C11-05338-BHS<br><br>STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 30, 2012 |

## STIPULATION

The parties, by and through their respective attorneys, hereby stipulate and agree as follows:

1. That pursuant to the settlement agreement between the parties, the subjoined Order of Dismissal may be entered forthwith and without further notice to either party.

2. That the Court should retain continuing jurisdiction to enforce the terms of the Stipulated Protective Order entered by the Court on March 5, 2012.

3. As part of their settlement, the parties have agreed to first pursue mediation in the event of a material breach of the settlement agreement. Should mediation fail to resolve the

STIPULATION AND ORDER OF DISMISSAL - 1
No. C11-05338-BHS
#873453 v1 / 44475-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

dispute, this Court shall retain jurisdiction over the parties for the purpose of enforcing the parties' settlement agreement. In all other respects, this civil action is dismissed with prejudice, with each party to bear its own costs and expenses.

DATED this 30th day of November, 2012.

| **WINTHROP & WEINSTINE, P.A.** | **MERCHANT & GOULD** |
|---|---|
| /s/ Peter J. Gleekel | /s/ Scott W. Johnston |
| Pro hac vice | Pro hac vice |
| 3500 Capella Tower | 80 S 8th St. |
| 225 South Sixth Street | Suite 3200 |
| Minneapolis, MN 55402 | Minneapolis, MN 55402 |
| Tel: (612) 604-6400 | Tel. (612) 371-5272 |
| E-mail: pgleekel@winthrop.com | Email: sjohnston@merchantgould.com |
| bwalz@winthrop.com | |
| *Attorneys for Plaintiff Firepower Marketing, Inc. d/b/a Royalty Rewards* | *Attorneys for Defendant Red Robin International, Inc.* |

STIPULATION AND ORDER OF DISMISSAL - 2
No. C11-05338-BHS
#873453 v1 / 44475-001

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

**ORDER**

Pursuant to the foregoing Stipulation, it is hereby ORDERED as follows:

1. That pursuant to the settlement agreement between the parties, all claims and counterclaims between the parties shall be, and hereby are, DISMISSED WITH PREJUDICE, without an award of fees or costs to any party; and

2. That the Court shall retain continuing jurisdiction to enforce the terms of the Stipulated Protective Order entered by the Court on March 5, 2012.

3. This Court shall retain jurisdiction over the parties for the purpose of enforcing the parties' settlement agreement. In all other respects, this civil action is dismissed with prejudice, with each party to bear its own costs and expenses.

DATED this _____ day of November, 2012.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL - 3
No. C11-05338-BHS
#873453 v1 / 44475-001

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

# CERTIFICATE OF SERVICE

I hereby certify, that on November 30, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Bradley J Walz**
Winthrop & Weinstine Pa
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
612-604-6400
Email: bwalz@winthrop.com
Attorney for Plaintiff

**Peter J. Gleekel**
Winthrop & Weinstine
225 South 6th Street, Suite 3500
Minneapolis, MN 55402
612-604-6836
Email: pgleekel@winthrop.com
Attorney for Plaintiff

**Robert Arnold Radcliffe**
KARR TUTTLE CAMPBELL
1201 THIRD AVE
STE 2900
SEATTLE, WA 98101-3028
206-223-1313
Fax: FAX 682-7100
Email: rradcliffe@karrtuttle.com

**Kirsten L Stoll-DeBell**
Merchant & Gould
1050 17th St., Suite 1950
Denver, CO 80265-0100
303-357-1670
Email: kstolldebell@merchantgould.com
Attorney for Defendant

**Kathleen E. Ott**
Merchant & Gould
1050 17th St., Suite 1950
Denver, CO 80265-0100
303-357-1670
Email: kott@merchantgould.com
Attorney for Defendant

**Allen W Hinderaker**
MERCHANT & GOULD (MN)
80 S 8TH ST
STE 3200
MINNEAPOLIS, MN 55402
612-371-5272
Email: ahinderaker@merchantgould.com

**Allison Steincipher Wallin**
MERCHANT & GOULD (WA)
701 FIFTH AVE
STE 4100
SEATTLE, WA 98104
206-342-6200
Fax: FAX 223-7107
Email: awallin@merchantgould.com

**Scott W Johnston**
MERCHANT & GOULD (MN)
80 S 8TH ST
STE 3200
MINNEAPOLIS, MN 55402
612-371-5274
Email: sjohnston@merchantgould.com

DATED November 30, 2012.

s/ Robert A. Radcliffe_____
State Bar Number 19035
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, WA  98101
Telephone:  (206) 223-1313
Fax:  (206) 682-7100
Email:  rradcliffe@karrtuttle.com
Attorneys for Plaintiff

7469034v1

STIPULATION AND ORDER OF DISMISSAL - 4
No. C11-05338-BHS
#873453 v1 / 44475-001

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100