The Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FIREPOWER MARKETING, INC. d/b/a ROYALTY REWARDS,<br><br>Plaintiff,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC.,<br><br>Defendant. | No. C11-05338-BHS<br><br>STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 30, 2012 |

## STIPULATION

The parties, by and through their respective attorneys, hereby stipulate and agree as follows:

1.   That pursuant to the settlement agreement between the parties, the subjoined Order of Dismissal may be entered forthwith and without further notice to either party.

2.   That the Court should retain continuing jurisdiction to enforce the terms of the Stipulated Protective Order entered by the Court on March 5, 2012.

3.   As part of their settlement, the parties have agreed to first pursue mediation in the event of a material breach of the settlement agreement. Should mediation fail to resolve the

STIPULATION AND ORDER OF DISMISSAL - 1
No. C11-05338-BHS
#873453 v1 / 44475-001

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1  dispute, this Court shall retain jurisdiction over the parties for the purpose of enforcing the

2  parties' settlement agreement. In all other respects, this civil action is dismissed with prejudice,

3  with each party to bear its own costs and expenses.

4

5

6      DATED this 30th day of November, 2012.

7  **WINTHROP & WEINSTINE, P.A.**                **MERCHANT & GOULD**

8

9  /s/ Peter J. Gleekel                          /s/ Scott W. Johnston
   Pro hac vice                                  Pro hac vice
10 3500 Capella Tower                            80 S 8th St.
   225 South Sixth Street                        Suite 3200
11 Minneapolis, MN 55402                         Minneapolis, MN 55402
   Tel: (612) 604-6400                           Tel. (612) 371-5272
12 E-mail: pgleekel@winthrop.com                 Email: sjohnston@merchantgould.com
13         bwalz@winthrop.com

14                                               *Attorneys for Defendant Red Robin*
   *Attorneys for Plaintiff Firepower Marketing,*  *International, Inc.*
15 *Inc. d/b/a Royalty Rewards*

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL - 2
No. C11-05338-BHS
#873453 v1 / 44475-001

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

## ORDER

Pursuant to the foregoing Stipulation, it is hereby ORDERED as follows:

1. That pursuant to the settlement agreement between the parties, all claims and counterclaims between the parties shall be, and hereby are, DISMISSED WITH PREJUDICE, without an award of fees or costs to any party; and

2. That the Court shall retain continuing jurisdiction to enforce the terms of the Stipulated Protective Order entered by the Court on March 5, 2012.

3. This Court shall retain jurisdiction over the parties for the purpose of enforcing the parties' settlement agreement. In all other respects, this civil action is dismissed with prejudice, with each party to bear its own costs and expenses.

DATED this 3 day of November, 2012.

BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL - 3
No. C11-05338-BHS
#873453 v1 / 44475-001

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100