The Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FIREPOWER MARKETING, INC. d/b/a ROYALTY REWARDS,<br><br>Plaintiff,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC.,<br><br>Defendant. | Civil Action No. 3:11-cv-05338-BHS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL** |

This matter comes before the Court on Plaintiff's *unopposed* Motion to Seal. [ECF No. 78.] The Court has reviewed the briefs filed in support of and in opposition to the motion and the remainder of the file.

It is hereby ORDERED that Plaintiff's Motion to Seal is GRANTED. The clerk is directed to seal, until ordered otherwise, Plaintiff's Reply in Support of Plaintiff's Motion to Enforce the Parties' Settlement Agreement, already under seal by Plaintiff.

1 DATED this 5 day of August, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

8113793v1